**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RUNE KRAFT (an individual),** | Case No. LA CV 15-00701-VBF |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| **OLD CASTLE PRECAST, INC.** (a Washington corp.), **INLAND CONCRETE ENTERPRISES, INC. EMPLOYEE STOCK OWNERSHIP PLAN,** and **JOHN DOE,** | |
| Defendants. | |

Pursuant to this Court's April 15, 2016 Order Overruling Plaintiff's Objection to Defendants' Citation of Unpublished Decision, Granting Defendants' Motion to Dismiss the First Amended Complaint, Dismissing the First Amended Complaint With Prejudice for Failure to State a Claim on Which Relief Could Be Granted, Terminating and Closing the Case, and Directing the Entry of Separate Final Judgment, **final judgment is hereby entered in favor of all defendants and against plaintiff Rune Kraft.**

DATED:  Monday, April 18, 2016

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge